UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER MUCHIRI,<br>    Petitioner,<br><br>v.<br><br>PATRICK LECHLEITNER, Deputy Director and Senior Official Performing the Duties of the Director, United States Immigration and Customs Enforcement; PATRICIA H. HYDE, Acting Field Office Director, Enforcement and Removal Operations Boston Field Office, United States Immigration and Customs Enforcement; JOSEPH D. MCDONALD, JR., Sheriff, Plymouth Sheriff's Office,<br>    Respondents. | Civil Action No.<br>1:24-cv-40154-WGY |

SERVICE ORDER

YOUNG, D.J.                                                January 23, 2025

On December 10, 2024, immigration detainee Walter Muchiri, who is confined at Plymouth County Correctional Facility, filed through counsel a petition for writ of habeas corpus ad prosequendum or ad testificandum pursuant to 28 U.S.C. § 2241. Dkt. No. 1. Petitioner seeks to be transported to the Worcester District Court on December 11, 2024, and to each and every hearing, trial or other court date set by the Worcester District Court. Id. Id. A supporting declaration was filed, see Dkt. No. 2, and Muchiri paid the $5.00 filing fee.

Upon review of the pleadings, the Court hereby orders:

1. The Clerk shall serve the petition and supporting declaration on the Respondents and the United States Attorney for the District of Massachusetts.

2. The Respondents shall, on or before January 31, 2025, show cause why the Petition should not be granted.

SO ORDERED.

Dated: January 23, 2025

*William G. Young*
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE