| HABEAS CORPUS<br>FOR DETAINEE IN THE CUSTODY OF THE UNITED STATES CUSTOM ENFORCEMENT<br>*INSTITUTION'S COPY* | DOCKET NUMBER<br>2462CR002055 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|

| DEFENDANT - DETAINEE NAME | | | | COURT NAME & ADDRESS |
|---|---|---|---|---|
| Walter Muchiri | | | | Worcester District Court<br>225 Main Street<br>Worcester, MA 01608<br>(508)831-2010 |
| DOB | GENDER | SSN | PCF NUMBER | |
| 09/06/2001 | Male | 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 | 5629637 | |

| NAME & ADDRESS OF INSTITUTION | NEXT EVENT DATE & TIME |
|---|---|
| Plymouth County House of Correction<br>26 Long Pond Road<br>Plymouth, MA 02360 | 08/27/2024 09:00 AM Default Removal Hearing |
| | ^^^^^^^^^^^<br>DEFENDANT-DETAINEE MUST APPEAR AT ABOVE COURT ON THIS DATE AND TIME |

**TO THE OFFICIAL IN CHARGE OF THE INSTITUTION NAMED ABOVE:**

You are hereby ORDERED to facilitate the transfer of the defendant - detainee named above, who is presently in your custody, before this court on the date and time noted above for the event indicated.

If the defendant - detainee is transferred from your facility prior to the appearance date, please transmit this writ with the defendant -detainee to the new facility. If the defendant - detainee is released from custody prior to the appearance date, please notify the court immediately.

**FURTHER ORDER OF THE COURT:**

The defendant - detainee shall be returned to ICE immediately after the conclusion of the above referenced hearing or if the defendant - detainee is taken into custody following the hearing, immediately after the defendant - detainee is released from that custody, by the state, county or local entity having custody of the defendant - detainee at that time.

The Plymouth County Sheriff shall make the necessary arrangements, including but not limited to providing transportation, to insure the defendant's presence in court for the above-referenced hearing and his or her return to ICE's custody at the conclusion of the state's custody.

**ADDITIONAL ORDERS OF THE COURT:**

*****IN PERSON RM 14*****

---

**Immediately upon issuance of this document, the Clerk shall fax a photocopy of this Habeas Corpus writ to ICE's Massachusetts Field Office at the following fax number: (781) 359-7629**

| TESTE OF FIRST JUSTICE | DATE ISSUED | SIGNATURE OF CLERK-MAGISTRATE / ASST. CLERK |
|---|---|---|
| WITNESS: Hon. David P Despotopulos | 08/14/2024 | X *Brian D'Andrea* |

I certify that:

☐ I have produced the defendant-detainee named above in court as ordered.

☐ I am unable to produce the defendant-detainee and I am returning this writ to the court because:

| DATE OF RETURN | SIGNATURE OF PERSON MAKING RETURN | TITLE OF PERSON MAKING RETURN |
|---|---|---|
| | X | X |

Date/Time Printed: 08-14-2024 14:37:01    DCR23: 02/01/2019

| HABEAS CORPUS<br>FOR DETAINEE IN THE CUSTODY OF THE UNITED<br>STATES CUSTOM ENFORCEMENT<br>*INSTITUTION'S COPY* | DOCKET NUMBER<br><br>2462CR001107 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|

| DEFENDANT - DETAINEE NAME | | | | COURT NAME & ADDRESS |
|---|---|---|---|---|
| Walter Muchiri | | | | Worcester District Court<br>225 Main Street<br>Worcester, MA 01608<br>(508)831-2010 |
| DOB | GENDER | SSN | PCF NUMBER | |
| 09/06/2001 | Male | 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 | 5629637 | |

| NAME & ADDRESS OF INSTITUTION | NEXT EVENT DATE & TIME |
|---|---|
| Plymouth County House of Correction<br>26 Long Pond Road<br>Plymouth, MA 02360 | 08/27/2024 09:00 AM Default Removal Hearing |
| | ΛΛΛΛΛΛΛΛΛΛ<br>DEFENDANT-DETAINEE MUST APPEAR AT ABOVE COURT ON THIS DATE AND TIME |

**TO THE OFFICIAL IN CHARGE OF THE INSTITUTION NAMED ABOVE:**

You are hereby ORDERED to facilitate the transfer of the defendant - detainee named above, who is presently in your custody, before this court on the date and time noted above for the event indicated.

If the defendant - detainee is transferred from your facility prior to the appearance date, please transmit this writ with the defendant - detainee to the new facility. If the defendant - detainee is released from custody prior to the appearance date, please notify the court immediately.

**FURTHER ORDER OF THE COURT:**

The defendant - detainee shall be returned to ICE immediately after the conclusion of the above referenced hearing or if the defendant - detainee is taken into custody following the hearing, immediately after the defendant - detainee is released from that custody, by the state, county or local entity having custody of the defendant - detainee at that time.

The Plymouth County Sheriff shall make the necessary arrangements, including but not limited to providing transportation, to insure the defendant's presence in court for the above-referenced hearing and his or her return to ICE's custody at the conclusion of the state's custody.

**ADDITIONAL ORDERS OF THE COURT:**

****IN PERSON RM 14****

---

**Immediately upon issuance of this document, the Clerk shall fax a photocopy of this Habeas Corpus writ to ICE's Massachusetts Field Office at the following fax number: (781)-359-7629**

| TESTE OF FIRST JUSTICE | DATE ISSUED | SIGNATURE OF CLERK-MAGISTRATE/ASST. CLERK |
|---|---|---|
| WITNESS: Hon. David P Despotopulos | 08/14/2024 | X  *Brian D'Andrea* |

I certify that:

☐ I have produced the defendant-detainee named above in court as ordered.

☐ I am unable to produce the defendant-detainee and I am returning this writ to the court because:

| DATE OF RETURN | SIGNATURE OF PERSON MAKING RETURN | TITLE OF PERSON MAKING RETURN |
|---|---|---|
| | X | X |

Date/Time Printed: 08-14-2024 14:39:23                                                                                                   DCR23: 02/01/2019