# 2462CR002055 Commonwealth vs. Muchiri, Walter

- Case Type:
- Criminal
- File Date
- 04/29/2024
- Initiating Action:
- OUI-LIQUOR OR .08% c90 §24(1)(a)(1)
- Case Judge:

| All Information | Party | Charge | Event | Docket | Disposition |

## Party Information

**Muchiri, Walter**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Griffis, Esq., Darren T
- Bar Code
- 675627
- Address
- Rudolf, Smith, Griffis and Ruggieri, LLP
- 446 Main St
- Suite 1503
- Worcester, MA  01608
- Phone Number
- (508)425-6330

**More Party Information**

## Party Charge Information

**Muchiri, Walter**
- Defendant
- Charge # 1:
- 90/24/J-6 - Misdemeanor - more than 100 days incarceration     OUI-LIQUOR OR .08% c90 §24(1)(a)(1)
- Counts:

- Original Charge
- 90/24/J-6 OUI-LIQUOR OR .08% c90 §24(1)(a)(1) (Misdemeanor - more than 100 days incarceration)
- Amended Charge

Jurisdiction
Worcester
Date of Offense
04/28/2024

**Muchiri, Walter**
- Defendant
- Charge # 2:
- 90/24/E-2 - Misdemeanor - more than 100 days incarceration     NEGLIGENT OPERATION OF MOTOR VEHICLE c90 §24(2)(a)
- Counts:

- Original Charge
- 90/24/E-2 NEGLIGENT OPERATION OF MOTOR VEHICLE c90 §24(2)(a) (Misdemeanor - more than 100 days incarceration)
- Amended Charge

Jurisdiction
Worcester
Date of Offense
04/28/2024

**Muchiri, Walter**
- Defendant
- Charge # 3:
- 90/34J-2 - Misdemeanor - more than 100 days incarceration     UNINSURED MOTOR VEHICLE c90 §34J
- Counts:

- Original Charge
- 90/34J-2 UNINSURED MOTOR VEHICLE c90 §34J (Misdemeanor - more than 100 days incarceration)
- Amended Charge

Jurisdiction
Worcester
Date of Offense
04/28/2024

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 04/29/2024 08:55 AM | 1st Session, Ctrm 14 | | Arraignment | | Held - Personal Recog. Release |
| 05/03/2024 09:00 AM | 2nd Session, Ctrm 15 | | Pretrial Hearing | | Defendant defaulted-Fl to Appear |
| 08/09/2024 09:00 AM | Video Conference Session` | | Default Removal Hearing | | Reschedule of Hearing |
| 08/27/2024 09:00 AM | Video Conference Session` | | Default Removal Hearing | | Held - Default Removed - CR |
| 09/26/2024 09:00 AM | Video Session Courtroom 15 | | Pretrial Hearing | | Held-PT |
| 10/25/2024 09:30 AM | 3rd Session, Ctrm 23 (WOR CR JURY) | | Motion Hearing (CR) | | Held - Motion allowed |
| 10/30/2024 08:30 AM | Video Session Courtroom 23 | | Jury Trial (CR) | | Reschedule of Hearing |
| 11/13/2024 08:30 AM | Video Session Courtroom 23 | | Jury Trial (CR) | | Reschedule of Hearing |
| 12/11/2024 08:30 AM | Video Session Courtroom 23 | | Jury Trial (CR) | | Reschedule of Hearing |
| 01/07/2025 08:30 AM | Video Session Courtroom 23 | | Jury Trial (CR) | | Not Held |
| 01/23/2025 08:30 AM | Video Session Courtroom 23 | | Jury Trial (CR) | | Not Held |
| 02/12/2025 09:00 AM | Video Session Courtroom 23 | | Hearing to Review Status | | |

## Docket Information

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 04/29/2024 | Criminal Complaint issued from Electronic Application: Originating Court: Worcester District Court Case Number: 2462AC002317-AR Receiving Court: Worcester District Court ; | | | |
| 04/29/2024 | Complaint issued upon new arrest. | | | |
| 04/29/2024 | Statement of facts filed. | | | |
| 04/29/2024 | Event Resulted:  Arraignment scheduled on: 04/29/2024 08:55 AM Has been: Held - Personal Recog. Release Hon. Timothy M Bibaud, Presiding | | | |
| 04/29/2024 | Defendant arraigned before Court, advised of right to counsel. Judge: Bibaud, Hon. Timothy M | | 1 | |
| 04/29/2024 | Committee for Public Counsel Services appointed. Judge: Bibaud, Hon. Timothy M | | | |
| 04/29/2024 | Plea of Not Guilty entered on all charges. Judge: Bibaud, Hon. Timothy M | | | |
| 04/29/2024 | Bail revocation warning (276/58) given to the defendant Judge: Bibaud, Hon. Timothy M | | | |
| 04/29/2024 | Released on Personal Recognizance Judge: Bibaud, Hon. Timothy M | | | |
| 04/29/2024 | Appearance filed for the purpose of Case in Chief by Judge Hon. Timothy M Bibaud. | | 2 | |
| 05/03/2024 | Event Resulted:  Pretrial Hearing scheduled on: 05/03/2024 09:00 AM | | | |

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| | Has been: Defendant defaulted-FI to Appear<br>Hon. Michael G Allard - Madaus, Presiding | | | |
| 05/03/2024 | Default Warrant ordered to issue.<br>Judge: Allard - Madaus, Hon. Michael G | | 3 | |
| 08/01/2024 | Defendant's request for speedy trial filed.<br><br>Judge: D'Andrea, Brian | | 4 | |
| 08/02/2024 | Habeas Corpus for prosecution issued to Plymouth County House of Correction returnable for 08/09/2024 09:00 AM Default Removal Hearing:<br>Further Orders:<br>The Commonwealth of Massachusetts is hereby ordered to return to ICE the defendant named above, immediately upon his release from the physical custody of the Commonwealth, or following his hearing before this court on the date and time indicated above.<br>The Commonwealth of Massachusetts has appointed Plymouth County Sheriff¿s Dept to pick up and transfer to and from said court listed above. The current jail location that holds the defendant named above will be notified by ICE of this transportation and be ordered to have ready and available the morning of the court date listed.¿<br>****IN PERSON RM 14**** | | | |
| 08/02/2024 | Document and/or notice received and filed on criminal case to wit Defendant's miscellaneous correspondence | | 5 | |
| 08/09/2024 | Event Resulted: Default Removal Hearing scheduled on:<br>    08/09/2024 09:00 AM<br>Has been: Reschedule of Hearing    For the following reason: Habeas Corpus issued but defendent not present<br>Hon. Robert J. Pellegrini, Presiding | | | |
| 08/14/2024 | Habeas Corpus Writ issued to Plymouth County House of Correction for Walter Muchiri, detainee presently in the custody of United States Custom Enforcement for his-her appearance on 08/27/2024 09:00 AM Default Removal Hearing. The Sheriff of Plymouth County to arrange for the detainee's presence as a defendant at the scheduled court hearing.<br>*****IN PERSON RM 14****<br><br>Judge: D'Andrea, Brian | | | |
| 08/14/2024 | Form generated:<br><br>Habeaus Corpus for Detainee in the Custody of ICE<br>Sent On: 08/14/2024 14:36:49<br>Submitted On: 08/14/2024 14:36:59 | | | |
| 08/27/2024 | Event Resulted: Default Removal Hearing scheduled on:<br>    08/27/2024 09:00 AM<br>Has been: Held - Default Removed - CR<br>Hon. Michael G Allard - Madaus, Presiding | | | |
| 08/27/2024 | Defendant before Court on Warrant, Warrant recalled as served.<br>Judge: Allard - Madaus, Hon. Michael G | | | |
| 08/27/2024 | Warrant recalled:<br>Judge: Allard - Madaus, Hon. Michael G | | | |
| 08/27/2024 | Warrant recalled:<br>Default Warrant cancelled on 08/27/2024 for Muchiri, Walter | | | |
| 08/27/2024 | Bail ordered: $ $1,000.00 surety bond or $ $100.00 cash.<br><br>Judge: Allard - Madaus, Hon. Michael G | | | |
| 08/27/2024 | Reasons for ordering bail.<br><br>Judge: Allard - Madaus, Hon. Michael G | | 6 | |
| 08/27/2024 | Defendant is ordered committed to Worcester County House of Correction in lieu of having posted bail in the amount ordered: ($1,000.00 Bond; $100.00 Cash), returnable for 09/26/2024 09:00 AM Pretrial Hearing; mittimus issued.<br><br>Court location of next event (if not your court):<br>Further Orders:<br>**VIDEO CONF RM 15** | | 7 | |
| 08/27/2024 | Appearance filed<br>  for the purpose of Case in Chief by Judge Hon. Michael G Allard - Madaus. | | 8 | |
| 09/24/2024 | Habeas Corpus Writ issued to Plymouth County House of Correction for Walter Muchiri, detainee presently in the custody of United States Custom Enforcement for his-her appearance on 09/26/2024 09:00 AM Pretrial Hearing. The Sheriff of Worcester County to arrange for the | | | |

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| | detainee's presence as a defendant at the scheduled court hearing.<br>**VIDEO CONF RM 15**<br><br>Judge: Allard - Madaus, Hon. Michael G | | | |
| 09/24/2024 | Form generated:<br><br>Habeaus Corpus for Detainee in the Custody of ICE<br>Sent On: 09/24/2024 14:22:07<br>Submitted On: 09/24/2024 14:23:30 | | | |
| 09/26/2024 | Event Resulted:  Pretrial Hearing scheduled on:<br>       09/26/2024 09:00 AM<br>Has been: Held-PT<br>Hon. Jennifer L Ginsburg, Presiding | | | |
| 09/26/2024 | Pretrial conference report filed.<br>Judge: Ginsburg, Hon. Jennifer L | | 9 | |
| 09/26/2024 | Certificate of discovery compliance filed by Commonwealth.<br>Judge: Ginsburg, Hon. Jennifer L | | 10 | |
| 09/26/2024 | Certificate of discovery compliance filed by defendant.<br>Judge: Ginsburg, Hon. Jennifer L | | 11 | |
| 09/26/2024 | Defendant's Election of Jury or Jury-Waived Trial filed<br>Judge: Ginsburg, Hon. Jennifer L | | 12 | |
| 09/26/2024 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 10/30/2024  Time: 08:30 AM<br>Result: Reschedule of Hearing | | | |
| 09/26/2024 | Defendant's Election of Jury or Jury-Waived Trial filed<br><br>Judge: Ginsburg, Hon. Jennifer L | | 13 | |
| 09/26/2024 | Certificate of discovery compliance filed by defendant.<br><br>Judge: Ginsburg, Hon. Jennifer L | | 14 | |
| 09/26/2024 | Certificate of discovery compliance filed by Commonwealth.<br><br>Judge: Ginsburg, Hon. Jennifer L | | 15 | |
| 09/26/2024 | Pretrial conference report filed.<br><br>Judge: Ginsburg, Hon. Jennifer L | | 16 | |
| 09/26/2024 | Habeas Corpus Writ issued to Plymouth County House of Correction for Walter Muchiri, detainee presently in the custody of United States Custom Enforcement for his-her appearance on 10/30/2024 08:30 AM Jury Trial (CR).  The Sheriff of Plymouth County to arrange for the detainee's presence as a defendant at the scheduled court hearing.<br>**IN PERSON CTRM 23**<br><br>Judge: Ginsburg, Hon. Jennifer L | | | |
| 09/26/2024 | Form generated:<br><br>Habeaus Corpus for Detainee in the Custody of ICE<br>Sent On: 09/26/2024 14:52:07<br>Submitted On: 09/26/2024 14:52:23 | | | |
| 09/27/2024 | Form generated:<br><br>Habeaus Corpus for Detainee in the Custody of ICE<br>Sent On: 09/27/2024 09:27:19<br>Submitted On: 09/27/2024 09:27:27 | | | |
| 10/25/2024 | Event Resulted:  Motion Hearing (CR) scheduled on:<br>       10/25/2024 09:30 AM<br>Has been: Held - Motion allowed<br>Hon. David P Despotopulos, Presiding | | | |
| 10/25/2024 | Defendant's motion to reschedule or continue scheduled court hearing filed and ALLOWED. | | 17 | |
| 10/25/2024 | Event Resulted:  Jury Trial (CR) scheduled on:<br>       10/30/2024 08:30 AM<br>Has been: Reschedule of Hearing        For the following reason: Brought forward<br>Hon. David P Despotopulos, Presiding | | | |

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 10/25/2024 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 11/13/2024  Time: 08:30 AM<br>Result: Reschedule of Hearing | | | |
| 10/25/2024 | Habeas Corpus for prosecution issued to Plymouth County House of Correction returnable for 11/13/2024 08:30 AM Jury Trial (CR):<br>Further Orders:<br>**REVISED HABE - CANCEL FOR 10/30**<br>**IN PERSON CTRM 23** | | | |
| 10/25/2024 | Habeas Corpus Writ issued to Plymouth County House of Correction for Walter Muchiri, detainee presently in the custody of United States Custom Enforcement for his-her appearance on 11/13/2024 08:30 AM Jury Trial (CR).  The Sheriff of Plymouth County to arrange for the detainee's presence as a defendant at the scheduled court hearing.<br>****CANCEL HABE FOR 10/30/24****<br>IN PERSON COURTROOM 23 | | | |
| 10/25/2024 | Form generated:<br><br>Habeaus Corpus for Detainee in the Custody of ICE<br>Sent On:  10/25/2024 11:36:41 | | | |
| 10/25/2024 | Form generated:<br><br>Habeaus Corpus for Detainee in the Custody of ICE<br>Sent On:  10/25/2024 11:38:18<br>Submitted On: 10/25/2024 11:38:26 | | | |
| 10/25/2024 | Form generated:<br><br>Habeaus Corpus for Detainee in the Custody of ICE<br>Sent On:  10/25/2024 11:40:09<br>Submitted On: 10/25/2024 11:40:18 | | | |
| 11/13/2024 | Event Resulted:  Jury Trial (CR) scheduled on:<br>　　　　　11/13/2024 08:30 AM<br>Has been: Reschedule of Hearing     For the following reason: Joint Request of Commonwealth and Defendant<br>Hon. Steven D Power, Presiding | | | |
| 11/13/2024 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 12/11/2024  Time: 08:30 AM<br>Result: Reschedule of Hearing | | | |
| 11/13/2024 | Habeas Corpus for prosecution issued to Plymouth County House of Correction returnable for 12/11/2024 08:30 AM Jury Trial (CR):<br>Further Orders:<br>**IN PERSON COURTROOM 23**<br><br>Judge: Power, Hon. Steven D | | | |
| 11/14/2024 | Habeas Corpus Writ issued to Plymouth County House of Correction for Walter Muchiri, detainee presently in the custody of United States Custom Enforcement for his-her appearance on 12/11/2024 08:30 AM Jury Trial (CR).  The Sheriff of Plymouth County to arrange for the detainee's presence as a defendant at the scheduled court hearing.<br>****IN PERSON RM 23 FOR JURY TRIAL****<br><br>Judge: Power, Hon. Steven D | | | |
| 11/14/2024 | Form generated:<br><br>Habeaus Corpus for Detainee in the Custody of ICE<br>Sent On:  11/14/2024 10:50:34<br>Submitted On: 11/14/2024 10:50:43 | | | |
| 11/15/2024 | Document and/or notice received and filed on criminal case to wit OTHER:<br>email sent by Plymouth H of C -Habe was denied by ICE<br><br>Judge: D'Andrea, Brian | | 18 | |
| 12/11/2024 | Event Resulted:  Jury Trial (CR) scheduled on:<br>　　　　　12/11/2024 08:30 AM<br>Has been: Reschedule of Hearing     For the following reason: Both Parties Request<br>Hon. Steven D Power, Presiding | | | |
| 12/11/2024 | Event Scheduled<br>Event: Jury Trial (CR) | | | |

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| | Date: 01/07/2025  Time: 08:30 AM<br>Result: Not Held | | | |
| 12/11/2024 | Habeas Corpus Writ issued to Plymouth County House of Correction for Walter Muchiri, detainee presently in the custody of United States Custom Enforcement for his-her appearance on 01/07/2025 08:30 AM Jury Trial (CR).  The Sheriff of Plymouth County to arrange for the detainee's presence as a defendant at the scheduled court hearing.<br>***IN PERSON ROOM 23*** | | | |
| 12/11/2024 | Form generated:<br><br>Habeaus Corpus for Detainee in the Custody of ICE<br>Sent On:  12/11/2024 09:55:14<br>Submitted On: 12/11/2024 09:55:19 | | | |
| 12/11/2024 | Document and/or notice received and filed on criminal case to wit OTHER:<br>Habe was denied by ICE | | 19 | |
| 12/16/2024 | Form generated:<br><br>Habeaus Corpus for Detainee in the Custody of ICE<br>Sent On:  12/16/2024 11:16:26 | | | |
| 01/07/2025 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 01/23/2025 Time: 08:30 AM<br>Result: Not Held | | | |
| 01/07/2025 | Event Resulted:  Jury Trial (CR) scheduled on:<br>         01/07/2025 08:30 AM<br>Has been: Not Held     For the following reason: Defendant not present<br>Comments: Defendant not transported<br>Hon. Jennifer L Ginsburg, Presiding | | | |
| 01/07/2025 | Habeas Corpus Writ issued to Plymouth County House of Correction for Walter Muchiri, detainee presently in the custody of United States Custom Enforcement for his-her appearance on 01/23/2025 08:30 AM Jury Trial (CR).  The Sheriff of Plymouth County to arrange for the detainee's presence as a defendant at the scheduled court hearing.<br>**IN PERSON COURTROOM 23**<br><br>Judge: Ginsburg, Hon. Jennifer L | | | |
| 01/07/2025 | Form generated:<br><br>Habeaus Corpus for Detainee in the Custody of ICE<br>Sent On:  01/07/2025 12:35:19 | | | |
| 01/10/2025 | Document and/or notice received and filed on criminal case to wit OTHER:<br>Habe for defendant to appear on 1/23/25 for Jury Trial denied by ICE | | 20 | |
| 01/22/2025 | Motion to Dismiss DENIED. | | | |
| 01/23/2025 | Event Resulted:  Jury Trial (CR) scheduled on:<br>         01/23/2025 08:30 AM<br>Has been: Not Held     For the following reason: Defendant not present<br>Comments: defendant not transported to event<br>Hon. Steven D Power, Presiding | | | |
| 01/23/2025 | Document and/or notice received and filed on criminal case to wit OTHER:<br>Per council @ 1/23/25 Hearing: no habe to be requested for next court date of 2/12/25<br><br>Judge: Power, Hon. Steven D | | 21 | |

## Case Disposition

| Disposition | Date |
|---|---|
| Pending | 04/29/2024 |